No. 428. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. D. Murphy* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 437. MILES ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Louis M. Hopping* for petitioners. *Solicitor General Perlman* and *Robert S. Erdahl* for the United States.

No. 503. FOSTER ET AL. *v.* MEDINA. C. A. 2d Cir. Certiorari denied. Motion for a stay also denied: *Charles H. Houston, Richard Gladstein, Harry Sacher, Abraham J. Isserman* and *George W. Crockett, Jr.* for petitioners.

No. 54, Misc. GARITY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 282, Misc. PEAKER *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 286, Misc. WILSON *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 98, Misc. DONNELL *v.* MISSOURI, *ante,* p. 862. Motion for leave to file petition for rehearing denied.

No. 214, Misc. SHOTKIN *v.* PERKINS ET AL., *ante,* p. 888. Rehearing denied.

No. 219, Misc. SHOTKIN *v.* BURKE ET AL., *ante,* p. 888. Rehearing denied.

910

*Miscellaneous Orders.*

No. 279, Misc.   Ex parte Louisiana Farmers Protective Union, Inc.   Motion for an extension of time within which to file petition for rehearing denied.

No. 2, October Term, 1941.   Bernards et al. *v.* Johnson et al.   Motion to recall the mandate denied.

No. 285, Misc.   Pardee *v.* Michigan; and
No. 299, Misc.   McCray *v.* Wright, Warden.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 310, Misc.   Poresky *v.* King; and
No. 312, Misc.   Lowe   *v.*   Killinger.   Applications denied.

No. 431.   United Steelworkers of America et al. *v.* National Labor Relations Board.   C. A. 7th Cir.   Certiorari granted.   *Arthur J. Goldberg, Frank Donner* and *Thomas E. Harris* for petitioners.   *Solicitor General Perlman* for respondent.

No. 386.   Clark, Attorney General, Successor to the Alien Property Custodian, *v.* Manufacturers Trust Co.; and
No. 443.   Manufacturers Trust Co. *v.* Clark, Attorney General, Successor to the Alien Property Custodian.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner in No. 386.   *Leonard G. Bisco* for the Manufacturers Trust Co., petitioner in No.